No. 584. CALIFORNIA *v.* STEWART. Sup. Ct. Cal. (certiorari granted, 382 U. S. 937);

No. 759. MIRANDA *v.* ARIZONA. Sup. Ct. Ariz. (certiorari granted, 382 U. S. 925);

No. 760. VIGNERA *v.* NEW YORK. Ct. App. N. Y. (certiorari granted, 382 U. S. 925);

No. 761. WESTOVER *v.* UNITED STATES. C. A. 9th Cir. (certiorari granted, 382 U. S. 924); and

No. 762. JOHNSON ET AL. *v.* NEW JERSEY. Sup. Ct. N. J. (certiorari granted, 382 U. S. 925). Motion of respondent to dismiss the writ of certiorari in No. 584 denied. The motion of the National District Attorneys Association for leave to participate in oral argument, as *amicus curiae,* granted, and 15 minutes are allotted for that purpose. Motion of the Attorney General of New York for leave to participate in oral argument, as *amicus curiae,* granted, and 15 minutes are allotted for that purpose. The joint motion of counsel in No. 762 to remove this case from the summary calendar is granted and 15 additional minutes are allotted to each side.

*William A. Norris* on the motion in No. 584. *Duane R. Nedrud* on the motion for the National District Attorneys Association. *Louis J. Lefkowitz,* Attorney General of New York, and *Telford Taylor* on the motion for the Attorney General of New York. *M. Gene Haeberle* for petitioners and *Norman Heine* for respondent on the motion in No. 762.

No. 847. KATZENBACH, ATTORNEY GENERAL, ET AL. *v.* MORGAN ET UX.; and

No. 877. NEW YORK CITY BOARD OF ELECTIONS *v.* MORGAN ET UX. Appeals from D. C. D. C. (Probable jurisdiction noted, 382 U. S. 1007.) Motion of appellees for leave to proceed *in forma pauperis* granted. *Alfred Avins* on the motion.